UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| J-CHANNEL INDUSTRIES CORP., ) | |
|     Plaintiff, ) | |
| ) | No. 3:13-CV-468, 471, 472, 473, |
| ) | 474, 600, 601, 602, 603, 604, 605, |
| v. ) | 606, 607, 609, 610, 611, 613, 614, |
| ) | 615, 616, 617, 619 |
| LOWE'S HOME CENTERS, INC., *et al.*, ) | (GREER/SHIRLEY) |
|     Defendants. ) | |

**ORDER**

These cases are before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02.

Now before the Court are Motions for Leave to Withdraw, moving the Court to permit Attorney Aaron W. Purser to withdraw as counsel for Plaintiff J-Channel Industries Corporation, in each of the cases captioned above. Mr. Purser has left InnovaLaw, P.C., which is the firm providing counsel to the Plaintiff. Timothy E. Grochocinski, an attorney with InnovaLaw, states that he will continue as counsel for the Plaintiff.

Ordinarily, an attorney will not be allowed to withdraw as counsel for an artificial entity, like the Plaintiff, without demonstrating extraordinary circumstances. See E.D. Tenn. L.R. 83.4. However, the Court finds that, because continuity of counsel for the Plaintiff is ensured, it is appropriate to permit Mr. Purser to withdraw as counsel. Accordingly, the Motion for Leave to Withdraw is **GRANTED**, and Aaron W. Purser is **RELIEVED** of his duties as counsel in these cases.

**IT IS SO ORDERED**.

ENTER:

    s/ C. Clifford Shirley, Jr.
United States Magistrate Judge